THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE NEWTON, Appellant.—

Rabin, P. J., Hopkins, Munder, Martuscello and Christ, JJ., concur.

GUENTER REIMANN, Respondent, v. CONNIE'S CAR WASH, INC., Appellant.— Judgment

Martuscello, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.